JOSEPH W. NOLAN
11 S. San Joaquin Street, Suite 504
Stockton, California 95202
Telephone: (209) 460-1820
Facsimile: (209) 941-9549

Attorneys for Plaintiff
GEORGE SHELTON


JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
RANDALL J. HAKES (SBN 233548)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
COLLECTCORP CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE SHELTON,<br><br>       Plaintiff,<br><br>   v.<br><br>COLLECTCORP CORPORATION, a corporation, and DOES 1-10,<br><br>       Defendants. | Case No.: 2:08-CV-02030-FCD-JFM<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

///

///

///

1

Plaintiff George Shelton and Defendant Collectcorp Corporation, by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO STIPULATED.

Date: September __, 2008          LAW OFFICE OF JOSEPH W. NOLAN

                                  By:     /s/
                                     Joseph W. Nolan, Esq.

                                     Attorney for Plaintiff
                                     GEORGE SHELTON

Date: September __, 2008          JACKSON LEWIS LLP

                                  By:     /s/
                                     Robert J. Schnack, Esq.

                                     Attorneys for Defendant
                                     COLLECTCORP CORPORATION

**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Date: September 17, 2008

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE